FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 18 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Patrick
(Last Name)     (Identification Number)
Malcolm   Kendrea
(First Name)    (Middle Name)
Pike County Jail
(Institution)
2109 Jesse Hall Industrial Park Rd
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: 5:21cv31-KS-JCG
(to be completed by the Court)

_____

_____

_____
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (✓)    No ( )

B.  Are you presently incarcerated?
    Yes (✓)    No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )    No (✓)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes ( )    No (✓)

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Malcolm Patrick      Prisoner Number: N/A

Address: 2109 Jesse Hall Industrial Park Road Magnolia, MS 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Sheirff      is employed as Sheirff   at Pike County

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Malcolm Patrick | 2109 Jesse Hall R.d Magnolia, MS 39652 |
| Malcolm Patrick | 303 M.L.K Lot 27 Philadelphia, MS 39350 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Pike County Jail | 2109 Jesse Hall R.d Magnolia, MS 39652 |
| Sheirff | 2109 Jesse Hall R.d Magnolia, MS 39652 |
| Richard Bynum | 2109 Jesse Hall R.d Magnolia, MS 39652 |

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: Patrick v. John Doe 5:21-cv-00015-DCB-FKB
2. Court (if federal court, name the district; if state court, name the county): Mississippi Southern District
3. Docket Number: 1-2# 5:21-cv-00015-DCB-FKB
4. Name of judge to whom case was assigned: David Bramlette & F. Keith Ball
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) It is still Pending

CASE NUMBER 2.
1. Parties to the action: N/A N/A
2. Court (if federal court, name the district; if state court, name the county): N/A N/A
3. Docket Number: N/A
4. Name of judge to whom case was assigned: N/A
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A N/A

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I have been beaten by inmates. On 12-15-20, I was transported to Southwest Medical Center here in Pike County for an M.R.I on My Left knee. I received the result from Doctor Bryan Frentz. Doctor Bryan Frentz told me that i have torn my A.C.L, and Did make me an appointment to have Surgery. Pike County Jail did NOT take me to my appointment. I am in Serious pain, and need serious medical treatment.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

To be releast for i can get the Medecal treatment that I Need, and also because i am a false Prisoner. I want someone to pay me for Everything i have loss.

Signed this 15 day of March, 20 21.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

*Malcolm Patrick*
Signature of plaintiff