## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**MALCOLM KENDREAL PATRICK**                                    **PLAINTIFF**

**v.**                                    **CIVIL NO. 5:21-cv-00031-BWR**

**RICHARD BYNUM and**                                    **DEFENDANTS**
**SHERIFF JAMES BRUMFILD**

## FINAL JUDGMENT

In accordance with the Court's Finding of Facts and Conclusions of Law issued this day, final judgment in favor of Defendants is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's claims against all Defendants are dismissed with prejudice.

**SO ORDERED**, this the 14th day of September 2023.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE